UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, | Case No. 2:24-cv-0408-CSK |
| Plaintiff, | |
| v. | JUDGMENT |
| TOMAS GONZALEZ, et al., | (ECF No 11.) |
| Defendants. | |

This action came before the Court on a joint stipulation for entry of judgment pursuant to a negotiated settlement between plaintiff Allstate Insurance Company ("Allstate") and defendants Tomas Gonzalez, Tomas' Concrete and Alejandro Lemus (collectively, "Defendants").[1] (ECF No. 11.) The joint stipulation presented having been fully considered and good cause appearing therefore, IT IS ORDERED AND ADJUDGED that judgment be entered in favor of Allstate on its claims for Declaratory Relief and Reimbursement against Defendants as follows:

1. There is no coverage for Defendants under Allstate commercial auto policy no. 648248941 for the action pending in the Sacramento County Superior Court styled, *John Edward Day et al. v. Alejandro Lemus et al.*, case number

---

[1] This matter proceeds before the undersigned on the consent of all parties and pursuant to 28 U.S.C. § 636(c). (ECF Nos. 9, 10, 13.)

1

23CV002243 (the "John Edward Day Matter").

2. Allstate has no duty to defend or indemnify Defendants in connection with the John Edward Day Matter. Allstate is entitled to withdraw from the defense of Defendants in the John Edward Day Matter within 15 days after this Judgement is entered.

3. Allstate's claim for reimbursement of attorneys' fees and costs incurred providing a defense to Defendants in the John Edward Day Matter is denied.

4. Neither Allstate nor Defendants shall recover their costs in this action.

Dated: 09/04/24

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

3, alls.408